UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JORGE MONTALVAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. LAM, et al.<br><br>　　　　　Defendants. | Case No. CV 07-2245-R (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　IT IS ORDERED that a Judgment be issued dismissing the instant action without prejudice.

///
///
///
///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of |
| 2 | this Order and the Judgment of this date on the plaintiff at his last known |
| 3 | address. |

DATED: Jan. 29, 2008

_____
MANUEL L. REAL
United States District Judge

- 2 -