

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JORGE MONTALVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. LAM, et al.,<br><br>    Defendants. | Case No. CV 07-2245-R (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that instant action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), and Local Rules 83-2.7 and 83-2.10.3.

DATED: Jan. 29, 2008

_____
MANUEL L. REAL
United States District Judge